FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES P.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:18-CV-3042-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, update the medical records, and issue a new decision. The ALJ shall: (1) reconsider the opinion evidence of record, including opinions from state agency

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

medical reviewers and Dr. Herring, as well as the lay opinions; (2) evaluate Plaintiff's symptoms pursuant to Social Security Ruling (SSR) 16-3p; (3) reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and (4) if warranted, obtain vocational expert evidence to reevaluate steps four and five of the sequential evaluation process and consider that evidence pursuant to SSR 00-4p.  The ALJ may take any other actions necessary to develop the record, and Plaintiff may present additional testimony and submit additional evidence.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED September 27, 2018.



_____
                JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE